This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Michelle Scott v. Indianapolis Metropolitan Police Department, City of Indianapolis, IMPD Chief Randal Tayloret al

| | |
|---|---|
| Case Number | 49D04-2309-PL-036615 |
| Court | Marion Superior Court 4 |
| Type | PL - Civil Plenary |
| Filed | 09/19/2023 |
| Status | 09/19/2023 , Pending (active) |

## Parties to the Case

Defendant Indianapolis Metropolitan Police Department

Defendant City of Indianapolis

Defendant IMPD Chief Randal Taylor

Defendant City of Indianapolis Mayor Joseph Hogsett

Plaintiff Scott, Michelle

Attorney
James David Masur
*#1968149, Retained*

7212 N. Shadeland Ave.
Ste. 150
Indianapolis, IN 46250-2030
317-842-8000(W)

## Chronological Case Summary

09/19/2023 **Case Opened as a New Filing**

09/19/2023 **Appearance Filed**
Scott JDM Appearance
For Party: Scott, Michelle
File Stamp: 09/19/2023

09/19/2023 **Complaint/Equivalent Pleading Filed**
Scott Complaint and Demand for Jury Trial
Filed By: Scott, Michelle
File Stamp: 09/19/2023

09/19/2023 **Subpoena/Summons Filed**
Summons to Chief Taylor
Filed By: Scott, Michelle
File Stamp: 09/19/2023

09/19/2023 **Subpoena/Summons Filed**
Summons to City
Filed By: Scott, Michelle
File Stamp: 09/19/2023

09/19/2023 **Subpoena/Summons Filed**
Summons to IMPD
Filed By: Scott, Michelle
File Stamp: 09/19/2023

09/19/2023 **Subpoena/Summons Filed**
Summons to Mayor Hogsett
Filed By: Scott, Michelle
File Stamp: 09/19/2023

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Scott, Michelle**

Plaintiff

Balance Due (as of 10/05/2023)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/19/2023 | Transaction Assessment | 232.00 |
| 09/19/2023 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA ) IN THE MARION SUPERIOR/CIRCUIT COURT
)SS:
COUNTY OF MARION ) CAUSE NO.

Officer Michelle Scott,

Plaintiff,

vs.

Indianapolis Metropolitan Police Department,
City of Indianapolis, Indianapolis
Metropolitan Police Department Chief
Randal Taylor, and City of Indianapolis
Mayor Joseph R. Hogsett,

Defendants.

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

Initiating __X__ Responding _____ Intervening _____; and the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party: Officer Michelle Scott__________________________________________
Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

Telephone # of party: (614) 989-9671__________________________________
*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Name: James D. Masur II Attorney No.: 19681-49
Address: Robert York & Associates, PC
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
Phone: 317-842-8000
FAX: 317-577-7321
Email: jdmasur@york-law.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a __PL__ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* ***light green paper****. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no - contact order. Yes _____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

__X__ Attorney's address
_____ The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is confidential@atg.in.gov).
_____ Another address (provide)

This case involves a petition for involuntary commitment. Yes _____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

b. State of Residence of person subject to petition: ___________

c. At least one of the following pieces of identifying information:

i. Date of Birth ___________

ii. Driver's License Number ______________________

State where issued ____________ Expiration date __________

iii. State ID number____________________________

State where issued ____________ Expiration date ___________

iv. FBI number __________________________

v. Indiana Department of Corrections Number _______________________

vi. Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7. There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule:

9. There are other party members: Yes _____ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes _____ No __X__

*/s/ James D. Masur II*____________
James D. Masur II, 19681-49
(Attorney information shown above.)

49D04-2309-PL-036615
Marion Superior Court 4
Filed: 9/19/2023 10:10 AM
Clerk
Marion County, Indiana

STATE OF INDIANA )IN THE SUPERIOR/CIRCUIT COURT
)SS:
COUNTY OF MARION ) CAUSE NO.

Officer Michelle Scott, )
)
Plaintiff, )
)
vs. )
)
Indianapolis Metropolitan Police Department, )
City of Indianapolis, Indianapolis )
Metropolitan Police Department Chief Randal )
Taylor, and City of Indianapolis Mayor )
Joseph R. Hogsett,

Defendants.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

As and for her complaint against Defendants Indianapolis Metropolitan Police Department ("IMPD"), City of Indianapolis ("City"), Indianapolis Metropolitan Police Department Chief Randal Taylor ("Chief Taylor"), and City of Indianapolis Mayor Joseph R. Hogsett ("Mayor Hogsett"), (collectively, "Defendants"), Plaintiff Officer Michelle Scott ("Officer Scott") through counsel, states as follows:

1. At all relevant times, Officer Scott has been an African-American female residing in Indianapolis, Indiana.

2. At all relevant times, Defendant Indianapolis Metropolitan Police Department has been a governmental entity whose officers, agents or employees at all times relevant herein, acted under color and title of State law as Officer Scott's employer.

3. At all relevant times, Defendant City of Indianapolis has been a governmental entity whose officers, agents or employees at all times relevant herein, acted under color and title of State law as Officer Scott's employer.

4. At all relevant times, Defendant Indianapolis Metropolitan Police Chief Randal Taylor has been responsible for the supervision of officers of that Department, and for promulgation and implementation of employment-related policies, procedures, and practices in the City of Indianapolis as Officer Scott's employer.

5. At all relevant times, Defendant Mayor Joseph Hogsett has been the Mayor of the City of Indianapolis, a governmental elected official and, at all times relevant herein, acted under color and title of State law and was ultimately responsible for the promulgation and implementation of employment-related policies, procedures, and practices in the City of Indianapolis as Officer Scott's employer.

6. All actions complained of herein occurred in Indianapolis, Marion County, Indiana.

7. The instant action is premised on violations by Defendants of obligations arising under the Americans With Disabilities Act of 1990 ("ADA"), as amended, codified at 42 U.S.C. § 12101 *et seq.*, the Pregnancy Discrimination act of 1978 ("PDA"), as amended, codified at Section 701 of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended, Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, as amended, and the Pregnant Workers Fairness Act ("PWFA"), codified at 42 U.S.C. § 2000gg, *et seq.* and the Family and Medical Leave Act of 1993 ("FMLA"), codified at 29 U.S.C. § 2601, et *seq*.

8. IMPD hired Officer Scott in July 2019, to work in IMPD's Northwest District.

9. In October 2020, Officer Scott learned she was pregnant with her third child, whose father was Quinten Powell, an IMPD coworker in the Northwest District.

10. Officer Scott was placed on pregnancy-related medical restrictions, and requested accommodation for same, which led to her being reassigned as an accommodation pursuant to her request for same.

11. Although Officer Scott's initial accommodation request was accommodated, Defendants began and continued treating Officer Scott unlawfully discriminatorily with respect to her working conditions, or unlawfully harassing and/or retaliating against her for being pregnant or requesting an accommodation, as follows:

a) On approximately October 23, 2020, Defendants, through Sergeant Haston and Captain Boomershine, reacted negatively to Mr. Powell bringing Officer Scott food,

b) On approximately October 23, 2020, Defendants restricted all communications of Officer Scott with Quinten Powell, which was at variance with the practice and policy of Defendants to allow such communications between employees who were similarly-situated, albeit not pregnant.

c) Defendants provided Officer Scott and other pregnant females, via Northwest Training Sergeant Cooper, an advisement that Defendants were intentionally skipping over present or formerly pregnant females for scheduling Fall Academy Inservice.

d) Defendants repeatedly denied Officer Scott, from October 2020 to date, the opportunity for advancement, or training that would lead to advancement, enhanced pay and

benefits, and enhanced upward mobility and professional advancement, as confirmed in an email of August 27, 2021 from Sergeant Brandon Cooper.

e) Defendants repeatedly denied Officer Scott the ability to switch shifts, under the pretext of an alleged policy prohibiting IMPD officers to work on the same shift as their spouse/significant other, when Defendants have permitted white and non-pregnant/non-accommodated employees to do so.

f) Defendants Maintained officer Scott in a probationary rather than sworn merit officer status, and refused to permit her to qualify her duty weapon, resulting in restrictions on her eligibility for promotions, unit transfers and career advancement, whether within or outside of IMPD.

g) Defendants Restricted Officer Scott's ability to obtain FMLA leave benefits to which she was entitled, and restricted her employment opportunities as indicated above, in retaliation for her attempt to avail herself of all FMLA benefits to which she was entitled.

12. Officer Scott has suffered lost pay, lost benefits and lost opportunities for career advancement along with emotional distress, and incurred attorney's fees and expenses associated with this lawsuit, in order to protect her rights.

## Count I

13. Officer Scott incorporates by reference all allegations in Complaint paragraphs 1-12 above, as if fully set forth here.

14. Defendants' conduct has violated Officer Scott's rights under the ADA.

Count II

15. Officer Scott incorporates by reference all allegations in Complaint paragraphs 1-12 above, as if fully set forth here.

16. Defendants' conduct has violated Officer Scott's rights under the PDA.

Count III

17. Officer Scott incorporates by reference all allegations in Complaint paragraphs 1-12 above, as if fully set forth here.

18. Defendants' conduct violates Title VII.

Count IV

19. Officer Scott incorporates by reference all allegations in Complaint paragraphs 1-12 above, as if fully set forth here.

20. Defendants' conduct violates the PWFA.

Count V

21. Officer Scott incorporates by reference all allegations in Complaint paragraphs 1-12 above, as if fully set forth here.

22. Defendants' conduct violates the FMLA.

Wherefore, Officer Scott hereby demands all legal or equitable relief to which she is entitled from Defendants along with an award of attorneys' fees and her costs and expenses incurred in this matter.

Respectfully submitted,

ROBERT W. YORK & ASSOCIATES

/s/ *James D. Masur II*

James D. Masur II, #19681-49
Attorneys for Officer Michelle Scott
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000
jdmasur@york-law.com

**DEMAND FOR JURY TRIAL**

Plaintiff respectfully demands trial by jury of all issues so triable in the above-captioned cause.

Respectfully submitted,

ROBERT W. YORK & ASSOCIATES

/s/ *James D. Masur II*

James D. Masur II, #19681-49
Attorneys for Officer Michelle Scott
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000

STATE OF INDIANA )
)SS:
COUNTY OF MARION )

IN THE MARION SUPERIOR/CIRCUIT COURT

CAUSE NO.

Officer Michelle Scott,

Plaintiff,

vs.

Indianapolis Metropolitan Police Department,
City of Indianapolis, Indianapolis
Metropolitan Police Department Chief
Randal Taylor, and City of Indianapolis
Mayor Joseph R. Hogsett,

Defendants.

## SUMMONS

TO DEFENDANT: Chief Randal Taylor
50 North Alabama Street, Suite E211
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you wish to have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 9/19/2023 ______________________ (Seal)

Clerk, Marion ____________________ Court

MARION COUNTY COURTS
SEAL
INDIANA

**(The following manner of Service of Summons is hereby designated.)**

__X__ Registered or Certified Mail

Respectfully submitted,
ROBERT W. YORK & ASSOCIATES
/s/ *James D. Masur II*

James D. Masur II, #19681-49
Attorney for Officer Michelle Scott
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000
jdmasur@york-law.com

49D04-2309-PL-036615
Marion Superior Court 4
Filed: 9/19/2023 10:10 AM
Clerk
Marion County, Indiana

STATE OF INDIANA ) IN THE MARION SUPERIOR/CIRCUIT COURT
)SS:
COUNTY OF MARION ) CAUSE NO.

Officer Michelle Scott,

Plaintiff,

vs.

Indianapolis Metropolitan Police Department,
City of Indianapolis, Indianapolis
Metropolitan Police Department Chief
Randal Taylor, and City of Indianapolis
Mayor Joseph R. Hogsett,

Defendants.

**SUMMONS**

TO DEFENDANT: City of Indianapolis
c/o Office of Corporation Counsel
City-County Building
200 East Washington Street, Suite 1601
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you wish to have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 9/19/2023 Katherine Sweeney Bell (Seal)

Clerk, Marion ____________________ Court

MARION COUNTY COURTS
SEAL
INDIANA

**(The following manner of Service of Summons is hereby designated.)**

__X__ Registered or Certified Mail

Respectfully submitted,
ROBERT W. YORK & ASSOCIATES
___/s/ *James D. Masur II*_______________

James D. Masur II, #19681-49
Attorney for Officer Michelle Scott
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000
jdmasur@york-law.com

49D04-2309-PL-036615
Marion Superior Court 4

Filed: 9/19/2023 10:10 AM
Clerk
Marion County, Indiana

STATE OF INDIANA ) IN THE MARION SUPERIOR/CIRCUIT COURT
)SS:
COUNTY OF MARION ) CAUSE NO.

Officer Michelle Scott,

Plaintiff,

vs.

Indianapolis Metropolitan Police Department,
City of Indianapolis, Indianapolis
Metropolitan Police Department Chief
Randal Taylor, and City of Indianapolis
Mayor Joseph R. Hogsett,

Defendants.

## SUMMONS

TO DEFENDANT: Indianapolis Metropolitan Police Department
50 North Alabama Street, Suite E211
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you wish to have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 9/19/2023 ____________________ Katherine E Sweeney Bell (Seal)

MARION COUNTY COURTS SEAL INDIANA

Clerk, Marion ____________________ Court

**(The following manner of Service of Summons is hereby designated.)**

__X__ Registered or Certified Mail

Respectfully submitted,
ROBERT W. YORK & ASSOCIATES
___/s/ *James D. Masur II*_______________

James D. Masur II, #19681-49
Attorney for Officer Michelle Scott
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000
jdmasur@york-law.com

49D04-2309-PL-036615
Marion Superior Court 4
Filed: 9/19/2023 10:10 AM
Clerk
Marion County, Indiana

STATE OF INDIANA ) IN THE MARION SUPERIOR/CIRCUIT COURT
)SS:
COUNTY OF MARION ) CAUSE NO.

Officer Michelle Scott,

Plaintiff,

vs.

Indianapolis Metropolitan Police Department,
City of Indianapolis, Indianapolis
Metropolitan Police Department Chief
Randal Taylor, and City of Indianapolis
Mayor Joseph R. Hogsett,

Defendants.

**SUMMONS**

TO DEFENDANT: Mayor Joseph Hogsett
200 East Washington Street, Suite 2501
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you wish to have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 9/19/2023 ______________________ (Seal)

MARION COUNTY COURTS
SEAL
INDIANA

Clerk, Marion ___________________ Court

**(The following manner of Service of Summons is hereby designated.)**

__X__ Registered or Certified Mail

Respectfully submitted,
ROBERT W. YORK & ASSOCIATES
/s/ *James D. Masur II*

James D. Masur II, #19681-49
Attorney for Officer Michelle Scott
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000
jdmasur@york-law.com